UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Kimberly VanGuilder,

Plaintiff,

vs.

LeJeune Investment, Inc., a Minnesota corporation d/b/a Maplewood Imports,

Defendant.

Court File No: 02-CV-422 ADM/AJB

**STIPULATION OF DISMISSAL, ORDER OF DISMISSAL, AND JUDGMENT**

# STIPULATION

The above-entitled matter, having been compromised and settled, is hereby dismissed on the merits and with prejudice, but without costs to any party.

Dated: Aug 13, 02

**NICHOLS, KASTER & ANDERSON, PLLP**

By: ______________________
James H. Kaster, #53946
4644 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 338-1919
Attorney for Plaintiff

OCT 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**JOHNSON & LINDBERG, P.A.**

Dated: 9/5/02

By: ______________________
Robert G. Haugen, #124345
Attorney for Defendant
7900 International Drive
Suite 960
Minneapolis, MN 55425-1582
(952) 851-0700

## ORDER

Pursuant to the Stipulation above, a judgment of dismissal on the merits and with prejudice shall be entered by the Court. Let judgment be entered accordingly.

**BY THE COURT:**

Dated: September 30, 2002

______________________
Judge of District Court
ANN D. MONTGOMERY

## JUDGMENT

Judgment of dismissal on the merits and with prejudice has been entered by the Court this _______ day of ______________________, 20___.

______________________
District Court Administrator